**Motion Granted; Dismissed and Memorandum Opinion filed July 11, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00412-CV

### J.M. ARPAD LAMELL, Appellant

### V.

### INDYMAC MORTGAGE SERVICES F.S., A DIVISION OF ONE WEST BANK, FSB, A FOREIGN CORPORATION, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-11491**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed April 10, 2012, denying appellant's application for a temporary injunction. On May 31, 2013, appellee filed a motion to dismiss the appeal, asserting that the appeal has been rendered moot by the trial court's April 12, 2013 order granting appellee's motion for summary judgment on all of appellant's claims. *See* Tex. R. App. P. 42.3.

The trial court's final summary judgment order renders moot an appeal

relating to the trial court's prior order denying temporary injunction. *Jordan v. Landry's Seafood Restaurant, Inc.*, 89 S.W.3d 737, 741 (Tex. App.—Houston [1st Dist.] 2002, pet. denied); *see also Heckman v. Williamson Cnty.,* 369 S.W.3d 137, 166–67 (Tex. 2012) (observing that case is moot if there ceases to be "a justiciable controversy between the parties — that is, if the issues presented are no longer 'live,' or if the parties lack a legally cognizable interest in the outcome"). We must dismiss a case once it becomes moot on appeal. *Isuani v. Manske-Sheffield Radiology Group, P.A.*, 802 S.W.2d 235, 236 (Tex. 1991); *see also James v. Easton*, 368 S.W.3d 799, 802 n.2 (Tex. App.—Houston [14 Dist.] 2012, pet. denied) (noting related appeal from temporary injunction was dismissed as moot after a final judgment was signed); *Parham Family Ltd. P'ship v. Morgan*, No. 14-12-00195-CV, 2012 WL 3866504, *1 (Tex. App.—Houston [14th Dist.] Sept. 6, 2012, no pet.) (mem. op.) (dismissing interlocutory appeal as moot after final judgment was signed).

Accordingly, we grant appellee's motion and order the appeal dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.